AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 20-CR-30022 |
| JOHN C. TURLEY | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 02/06/2020

_____
Defendant's signature

_____
Signature of defendant's attorney

J. WILLIAM LUCCO
Printed name of defendant's attorney

_____
Judge's signature

Honorable MARK A. BEATTY, U.S. Magistrate Judge
Judge's printed name and title